## PAUL J. MARQUIS *v.* MANCHESTER COMMUNITY COLLEGE (10689)

DUPONT, C. J., O'CONNELL and LAVERY, Js.

Argued June 3—decision released June 30, 1992

*Paul J. Marquis,* pro se, the appellant (plaintiff).

*Carroll T. Willis, Jr.,* assistant attorney general, with whom, on the brief, were *Richard Blumenthal,* attorney general, and *Bernard F. McGovern, Jr.,* assistant attorney general, for the appellee (state).

PER CURIAM. The judgment is affirmed.